# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| RACHEL SCOTT and DORA IG-IZEVBEKHAI, <br><br> Plaintiffs, <br><br> v. <br><br> THE MINNESOTA BOARD OF PHARMACY; et al., <br><br> Defendants. | Case No. 0:25-cv-03347-KMM-DJF <br><br> **MOTION TO DISMISS UNDER RULES 12(b)(1) AND (6), FOR A MORE DEFINITE STATEMENT UNDER RULE 12(e), AND TO STRIKE THE COMPLAINT UNDER RULE 12(f) OF DEFENDANT WALGREEN CO. d/b/a WALGREENS** <br><br> **ORAL ARGUMENT REQUESTED** |

Pursuant to Fed. R. Civ. P. 12, Defendant Walgreen Co. d/b/a Walgreens ("Walgreens") moves this Court for an Order to dismiss under Rules 12(b)(1) and (6), for a more definite statement under Rule 12(e), and to strike the Complaint under Rule 12(f).

This Motion is based upon the pleadings, the arguments of counsel, and the documents (including Memorandum of Law and supporting Declaration) filed by Walgreens with the Court in support of this Motion in accordance with Local Rule 7.1, as well as the Court's full record in this case. Walgreens also moves the Court for such other relief as the Court deems just and equitable.

Dated:  October 10, 2025

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P. C.

*s/Bruce J. Douglas*

Bruce J. Douglas, MN #23966
Tyler W. Hartney, MN #0400100
Paola K. Maldonado, MN #0403661
Capella Tower
225 South Sixth Street, Suite 1800
Minneapolis, MN  55402
Telephone:  612-339-1818
Facsimile:  612-339-0061
bruce.douglas@ogletree.com
tyler.hartney@ogletree.com
paola.maldonado@ogletree.com

***Attorneys for Defendant***
***Walgreen, Co. d/b/a Walgreens***

92683812-Ogletree