# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| RACHEL SCOTT and<br>DORA IG-IZEVBEKHAI,<br><br>Plaintiffs,<br><br>v.<br><br>THE MINNESOTA BOARD OF PHARMACY; et al.,<br><br>Defendants. | Case No. 0:25-cv-03347-KMM-DJF<br><br>**MOTION TO SEVER CLAIMS/PARTIES UNDER FED. R. CIV. P. 21 OF DEFENDANT WALGREEN, CO. d/b/a WALGREENS'**<br><br>**(ORAL ARGUMENT REQUESTED)** |

Pursuant to Fed. R. Civ. P. 21, Defendant Walgreen Co. d/b/a Walgreens ("Walgreens") moves this Court for an Order severing the claims and/or parties in this case.

This Motion is based upon the pleadings, the arguments of counsel, and the documents (including Memorandum of Law) filed by Walgreens in connection with the Motion in accordance with Local Rules of this Judicial District and all pleadings and papers on file in this action, together with such additional oral and documentary evidence as may be presented in connection with the hearing on the Motion.

| | |
|---|---|
| Dated:  October 30, 2025 | Respectfully submitted,<br><br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C.<br><br>*s/Tyler W. Hartney*<br>Bruce J. Douglas, MN #23966<br>Tyler W. Hartney, MN #0400100<br>Paola K. Maldonado, MN #0403661<br>Capella Tower<br>225 South Sixth Street, Suite 1800<br>Minneapolis, MN  55402<br>Telephone:  612-339-1818<br>Facsimile:  612-339-0061<br>bruce.douglas@ogletree.com<br>tyler.hartney@ogletree.com<br>paola.maldonado@ogletree.com<br><br>**Attorneys for Defendant Walgreen, Co. d/b/a Walgreens** |

92716256-Ogletree